1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   MARK A. WIN
4  Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone:  (415) 977-8980
        Facsimile:  (415) 744-0134
7       E-Mail: Mark.Win@ssa.gov

8  Attorneys for Defendant

9                       UNITED STATES DISTRICT COURT

10                      EASTERN DISTRICT OF CALIFORNIA

11                              **FRESNO DIVISION**

12

13 RUBEN TAPIA,                          )
                                         )   CIVIL NO. 1:06-CV-00791-LJO
14       Plaintiff,                      )
                                         )   STIPULATION AND ORDER TO
15            v.                         )   EXTEND TIME
                                         )
16 MICHAEL J. ASTRUE[1],                 )
   Commissioner of                       )
17 Social Security,                      )
                                         )
18       Defendant.                      )
   _____ )

19

20

21        The parties, through their respective counsel, stipulate that the time for filing defendant's opposition

22 to plaintiff's opening brief be extended from February 12, 2007 to March 14, 2007.

23        This is defendant's first request for an extension of time to file a response to plaintiff's opening

24

25

26 ─────────────────────

27      [1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007.  Pursuant
   to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should, therefore, be substituted
28 for Commissioner Jo Anne B. Barnhart as the defendant in this suit.  No further action need be taken to
   continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. §
   405(g).

1 | brief.  Defendant needs the additional time to further review the file and prepare a response in this matter.

2 |                                     Respectfully submitted,

3 | Dated: February 12, 2007       /s/ Robert D. Christenson
(As authorized via facsimile)
ROBERT D. CHRISTENSON
Attorney for Plaintiff

Dated: February 12, 2007       McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ Mark A. Win
MARK A. WIN
Special Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:   **February 13, 2007**        /s/ **Dennis L. Beck**
9b0hie                                               UNITED STATES MAGISTRATE JUDGE