ROBERT D. CHRISTENSON, #076060
CHRISTENSON LAW FIRM
472 WEST PUTNAM AVENUE
PORTERVILLE, CALIFORNIA   93257

(559) 784-4934   Telephone
(559) 784-3431   Facsimile

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT of CALIFORNIA

---o0o---

| | |
|---|---|
| RUBEN TAPIA,<br><br>        Plaintiff,<br><br>vs<br><br>COMMISSIONER of<br>SOCIAL SECURITY,<br><br>        Defendant. | CASE NO: 1:06-cv-0791 DLB<br><br>STIPULATION and ORDER<br>AWARDING EAJA<br>ATTORNEY FEES |

IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, subject to the approval of the Court, that counsel for Plaintiff be awarded attorney fees under the Equal Access to Justice Act in the amount of One Thousand and Three Dollars and twenty cents ($1,003.20).  This amount represents compensation for legal services rendered on behalf of Plaintiff by counsel in connection with this civil action for services performed before the district court in accordance with 20 U.S.C. §2412 (d).

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment in the aforementioned sum under EAJA shall constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorneys fees incurred in this action under EAJA.

The settlement of Plaintiff's claim for EAJA attorney fees does not preclude Plaintiff's counsel from seeking attorney fees under 42 U.S.C. §406(b) of the Social Security Act, subject to the offset provisions of the law.

| | |
|---|---|
| Dated:  August 31, 2007 | Respectfully submitted, |
| | */s/ Robert D. Christenson* |
| | ROBERT D. CHRISTENSON<br>Attorney for Plaintiff |
| Date: August 31, 2007 | **McGREGOR W. SCOTT**<br>United States Attorney |
| | */s/ Mark A. Win*<br>_____<br>**MARK A. WIN** (as authorized via facsimile)<br>Special Assistant U.S. Attorney |

IT IS SO ORDERED.

Dated:   **September 4, 2007**            /s/ **Dennis L. Beck**
                                                          UNITED STATES MAGISTRATE JUDGE